IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 FEB -7 PM 2 21

CLERK _____
SO. DIST. OF GA.

MORRIS SCOTT HOLMES,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     CV 312-099
                                 )
Doctor DALRYMPLE, Johnson State  )
Prison, et al.,                  )
                                 )
          Defendants.            )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's claim related to the disappearance of his property, as well

as his claim related to the "No Talking" policy in the prison dining hall, are **DISMISSED**

for failure to state a claim upon which relief can be granted.

SO ORDERED this 7th day of February, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE