IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MORRIS SCOTT HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 312-099 |
| ) | |
| Doctor DALRYMPLE, Johnson State ) | |
| Prison, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 41). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Morales' motion to dismiss is **GRANTED** (doc. no. 25), Defendant Morales' motion to stay is denied as **MOOT** (doc. no. 26), Plaintiff's motion to amend his response and his motion to dismiss Defendant Morales' motion to dismiss is denied as **MOOT** (doc. nos. 30, 32), Plaintiff's retaliation claim against Defendant Morales is **DISMISSED WITHOUT PREJUDICE**, and Defendant Morales is **DISMISSED** from this action.

SO ORDERED this 30th day of May, 2013, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE