ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MORRIS SCOTT HOLMES, )
)
    Plaintiff, )
)
v. ) CV 312-099
)
BARBARA DALRYMPLE, Doctor, )
Johnson State Prison, et al., )
)
    Defendants. )

# O R D E R

Presently before the Court is Plaintiff's "Motion for Injunction and Stay of Judgment." On June 3, 2014, this case was dismissed upon a finding that Plaintiff was not entitled to proceed in forma pauperis under 28 U.S.C. § 1915(g) and had not paid the requisite filing fee. The day before the dismissal, Plaintiff mailed the instant motion to this Court, seeking an injunction regarding mail procedures at the place of his incarceration, Augusta State Medical Prison. The filing was not received in this Court until the day after the Order of June 3, 2014, was entered.

Of note, in its Order of June 3, 2014, the Court denied as moot a pending motion to compel that sought relief from mail procedures at Augusta State Medical Prison. (See Order of June 3, 2014, at 2 (denying Plaintiff's unrelated pending

motions as moot because the case was to be dismissed).)
Similarly, the present motion (doc. no. 101) is **DENIED AS MOOT**.[1]

**ORDER ENTERED** at Augusta, Georgia, this 4th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that it considered all the filings about which Plaintiff expresses concern prior to signing the Order of June 3, 2014.

2